1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

10

11

12

13

14

15

| | |
|---|---|
| URIEL MORENO MENDOZA, | ) No. CV 06-5805 GHK (FFM) |
| Plaintiff, | ) ORDER ADOPTING FINDINGS, |
| v. | ) CONCLUSIONS AND |
| | ) RECOMMENDATIONS OF |
| IMMIGRATION AND | ) UNITED STATES MAGISTRATE JUDGE |
| NATURALIZATION OF THE | ) |
| ANGELES, | ) |
| Defendants. | ) |

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records

and files herein, and the Report and Recommendation of United States Magistrate Judge.

The Court concurs with and adopts the findings, conclusions and recommendations of

the Magistrate Judge.

IT IS ORDERED that defendant's motion for summary judgment is denied and

that judgement be entered dismissing this action without prejudice for failure to

prosecute in the name of the real party in interest.

DATED:    9/16/08

_____

GEORGE H. KING
United States District Judge