UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| URIEL MORENO MENDOZA,<br><br>   Plaintiff,<br> v.<br>IMMIGRATION AND NATURALIZATION OF THE ANGELES,<br>   Defendants. | No. CV 06-5805 GHK (FFM)<br><br>JUDGMENT |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff takes nothing by his Complaint and that this action is dismissed without prejudice.

DATED: 9/16/08

_____
GEORGE H. KING
United States District Judge